IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUBY R. MENSHACH, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 22-2330 |
| v. | : : | |
| MIDLAND CREDIT MANAGEMENT, INC., | : : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 5th day of August, 2022, the parties having informed the court that they have settled this matter; accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** and without costs pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this court.[1] The court shall retain jurisdiction for a period of ninety (90) days while the parties memorialize their settlement agreement;

2. The initial pretrial conference scheduled for Thursday, August 11, 2022, at 11:00 a.m. is **CANCELED**; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Rule 41.1(b) provides that any dismissal order entered "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c)." E.D. Pa. Loc. Civ. R. 41.1(b).